ERROL VICTOR, SR.                                     NO. 22-K-115

VERSUS                                                FIFTH CIRCUIT

STATE OF LOUISIANA                                    COURT OF APPEAL

                                                      STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Nancy F. Vega
Chief Deputy, Clerk of Court

                              March 15, 2022

                           Nancy F. Vega
                           Chief Deputy Clerk

**IN RE** ERROL VICTOR, SR.

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT,
PARISH OF ST. JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
DENNIS J. WALDRON, JUDGE AD HOC, DIVISION "C", NUMBER 10,172

---

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and John J. Molaison, Jr.


## WRIT GRANTED IN PART; DENIED IN PART

The relator, Errol Victor, Sr., filed the instant Writ of Prohibitation [sic],
Writ of Mandamus, Cease and Desist" in which he first requests that this Court
stay all proceedings in this matter until he is provided with a copy of a transcript
and Order dated January 28, 2022, relevant to his purported motion to recuse.  The
relator also requests that we compel the district court to set a return date within
which to file a writ application that seeks review of the trial court's denial of his
motion to recuse.  The application is deficient in several respects pursuant to
Uniform Rules, Courts of Appeal Rule 4-5; specifically, the relator has not
provided any evidence that he has a pending notice of intent before the trial court
which seeks a return date. In addition, the relator has not provided a copy of the
judgment from which we could ascertain the date, and content, of the ruling at
issue. Given the foregoing, we are limited in the relief that can be granted on the
showing made.

Accordingly, we grant the writ, in part, as follows:

Assuming that a ruling exists, if it has not already done so, the Clerk of
Court for the 40th JDC is hereby ordered to provide to the relator a copy[1] of any
order issued on January 28, 2022 related to a motion to recuse filed in his case,

---

[1]     The relator lists his address as follows:

                    Errol Victor, Sr.
                    300 Perdido St., F-2, 2509806
                    New Orleans, LA. 70119

22-K-115

with any costs assessed based upon a showing of particularized need and a determination of his indigency status. *State ex rel. Bernard v. Criminal District Court Section J.*, 94-2247 (La. 4/28/95), 653 So.2d 1174, 1175.[2]

Also, assuming that a ruling of January 28, 2022 exists, and if the relator has a pending notice of intent, if it has not already done so, the trial court is ordered to set a return date within which the relator can file a writ application with this Court within the time frame allowed by law.

With regard to his request for a recusal hearing transcript from January 28, 2022, the relator must first seek relief from the Clerk of Court for the 40th JDC, with costs based upon a showing of particularized need and a determination of his indigency status.

In all other respects, the relator's writ is denied.

Gretna, Louisiana, this 15th day of March, 2022.

**JJM**
**SMC**
**FHW**

---

[2] As explained by the supreme court in that case:

This Court's jurisprudence requires lower courts to provide indigent inmates with copies of certain types of documents as of right. *State ex rel. Simmons v. State*, 93-0175 (La. 12/16/94), 647 So.2d 1094. As to all other documents, an indigent inmate has the constitutional right to free copies only in those instances in which he shows that denial of the request will deprive him of an "adequate opportunity to present [his] claims fairly." *United States v. MacCollom*, 426 U.S. 317, 324, 96 S.Ct. 2086, 2091, 48 L.Ed.2d 666 (1976) (quoting *Ross v. Moffitt*, 417 U.S. 600, 616, 94 S.Ct. 2437, 2447, 41 L.Ed.2d 341 (1974)). Meeting that constitutional threshold requires a showing of what this Court has called "particularized need."

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/15/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-K-115**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
40th District Court (Clerk)
Honorable Dennis J. Waldron (DISTRICT JUDGE)
Honorable Bridget A. Dinvaut (Respondent)

### MAILED
Errol Victor, Sr. #2509806 (Relator)
Orleans Parish Prison
3000 Perdido Street
F-2
New Orleans, LA 70119

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon D. Waldron, Act Hoc
40th JDC
PO Box 280
Edgard, LA 70049
22-K+15

9590 9402 2434 6249 3551 35

2. Article Number (Transfer from service label)

7016 2070 0000 0954 5628

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Amy Plaisance

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

3115/22

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Errol Victor 2509806
3000 Perdido St. F2
Nola 70119
22-K-115

|||||||||||||||||||||||||||||||||||||||||

9590 9402 2434 6249 3551 28

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 5635

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Mailroom -R

☒ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

SECURITY

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ● Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ● Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt